# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DAKOTA TYLER JIBSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2735

————————————————

December 12, 2025

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, ATKINSON and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.